# CERTIFICATE OF SERVICE

I, _Tullio DeLuca_ (name), certify that service of this summons and a copy of the complaint was made _10/30/2023_ (date) by:

___ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

JILL E. DURKIN  
DURKIN LAW, LLC  
401 MARSHBROOK ROAD  
FACTORYVILLE, PA 18419

GEISINGER  
C/O JAEWON RU .MD, JD  
PRESIDENT AND CEO  
100 N ACADEMY AVE  
DANVILLE, PA 17822

___ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

___ Publication: The defendant was served as follows: [Describe briefly]:

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 30, 2023

Signature: _[signed]_

Printed Name of Attorney: _TULLIO DELUCA_

Business Address:

381 N. 9th Avenue  
Scranton, PA 18504